# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ALAN M. DOWNES, on behalf of himself and all others similarly situated,**
       Plaintiff,

v.                                                    Case No. 09-C-0637

**WISCONSIN ENERGY CORPORATION RETIREMENT ACCOUNT PLAN,**
       Defendant.

## ORDER

Pursuant to an order dated August 4, 2010, plaintiff was to serve copies of his motion to seal Exhibits 6 and 8-10 to the Declaration of Andrew Carter dated March 15, 2010, on the persons who designated the documents as confidential so that such persons could show good cause for removing the documents from the public record within ten days. A review of the docket reveals that no party has attempted to show good cause, and thus the motion to seal will be denied.

**THEREFORE, IT IS ORDERED** that plaintiff's motion to seal (Docket #34) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 19th day of February, 2011.

/s_____
LYNN ADELMAN
District Judge